UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY ROY HARRISION,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>BRENT FLUKE, Warden of the Mike Durfee State Prison,<br><br>　　　　　　Respondent. | CIV. 21-5041-JLV<br><br><br>JUDGMENT |

Consistent with the court's order (Docket 20), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of respondent and against petitioner.

Dated March 31, 2022.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　_____
　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　UNITED STATES DISTRICT JUDGE